P. V. BARANOWSKY COMPANY, LTD., Appellant, *v.* GUAR-ANTY TRUST COMPANY OF NEW YORK, Respondent.

IDA V. GORDON et al., Plaintiffs, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Respondent.

Argued March 16, 1937; decided April 20, 1937.

*Nathan A. Smyth* and *Harding Johnson* for appellant.
*Ralph M. Carson, John W. Davis, William C. Cannon, Theodore Kiendl* and *Harold W. Bissell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.